IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:15-CV-251-D

| | |
|---|---|
| MARK STRICKLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ENTRY OF DEFAULT** |
| ) | |
| NEW BRIDGE BANK, EQUIFAX ) | |
| INFORMATION SERVICES, LLC, and ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

The record shows that Plaintiff served the summons and complaint on Defendant Equifax Information Services LLC on October 27, 2015, by mailing by certified mail, return receipt requested, a copy of the summons and complaint to the registered agent of defendant. Defendant Equifax Information Services LLC has filed no answer or other responsive pleading within the time allowed. Accordingly, default is hereby entered against Defendant Equifax Information Services LLC as provided in Fed. R. Civ. P. 55(a).

SO ORDERED. This the 24th day of March, 2016.

_____
Julie Richards Johnston
Clerk of Court